UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_N\ Brenda Justice_

12CV8613
Amended

*(In the space above enter the full name(s) of the plaintiff(s).)*

COMPLAINT

-against-

_Officer Haro 75th Precinct_
_Officer Bloom 75th 75th_
_Liz Beal - legal aid 89 Chambers,_
_Judge Boyar_
_Judge M Armstrong_
_who can_
_witness no warant was used_
_was issued -_
_Richard Kornapfel 5th Precinct 19 Elizabeth._

Jury Trial:  ☐ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/13
```

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name _Brenda Justi_
Street Address _733 Miller Av_   Roommates
County, City _N / Brooklyn_   cell
State & Zip Code _NY_
Telephone Number _718 369-2519 - cell -_
_home 718 257 4339 -_

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name _Officer Haro_
Street Address _Sutton, I beleive 75th Precinct_
_Brooklyn_

Rev. 05/2010

County, City __Officer Bloom 75th precinct__
State & Zip Code __ny   11207__
Telephone Number __718 8273511__

Defendant No. 2   Name __Officer Bloom__
Street Address __Sutton   75th Precinct__
County, City __Brooklyn__
State & Zip Code __ny__
Telephone Number __718 827 3511__

Defendant No. 3   Name __Richard Kuhnapfel__
Street Address __5th Precinct   19 Elizabeth,__
County, City _____
State & Zip Code __ny__
Telephone Number _____

Defendant No. 4   Name __1st Precinct__
Street Address __not sure__
County, City __ny__
State & Zip Code __ny__
Telephone Number __not sure__

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __Son was taken without a valid warrant out of 733 Miller Av, apt 1R Brooklyn 11207 Violation of our 4th amendment -__

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
Plaintiff(s) state(s) of citizenship __to later be discussed__
Defendant(s) state(s) of citizenship _____

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

my son and I were taken without a valid warrant oct 15, 2012

from 733 miller AV
Apt 1R
Brooklyn, NY

which violates our 4th amendment -
my son and I were taken without valid warrants.

Brenda Justice

mailing address - 38-11 Ditmars Blvd
astoria NY 11105
#656

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 733 miller AV apt 1R, Brooklyn NY 11207

B. What date and approximate time did the events giving rise to your claim(s) occur?
Oct 15, 2012
between 2-3 PM -

C. Facts: [What happened to you?] I was petrified, I was kidnapped out of 733 miller AV -

[Who did what?] tall man kidnapped my son and I - man had NO valid warrant our 4th amendment was violated

[Was anyone else involved?] a tall man who refused to show documentation or identification, the victims, my son and I, Richard Kohnpfel 5th precinct

[Who else saw what happened?] Alexander Moore, my son, Hitlier Justice (pronounced HUHLeeR) neighbor who lives in our bldg - down the Hall -

IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.
my son was and is traumatized -
my sons psycological well Being was affected cause my son was traumatized at this oct 15 2012, nightmares that we endured -
I would like my son produced in the courtroom - here in the federal courthouse since this is a federal case

Rev. 05/2010

V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Produce my son and compensate since our 4th amendment was violated —

I would like the judge to determine the compensatory damage.

Since our 4th amendment was violated —

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 3 day of Jan, 20 12

Signature of Plaintiff     Brend-Austin
Mailing Address           3871 Ditmars Blvd
                          #656 astoria, NY
                          11105
Telephone Number          347 813 8885 - or 718
Fax Number (if you have one)         369
                                     2519

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20___, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

Rev. 05/2010